1

2

3

4

5

6

7

8

9                           UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11                                  SAN JOSE DIVISION

12   MANUEL QUIROZ, JR.,                    )        Case No.: C 10-02421 PVT
                                            )
13                       Plaintiff,         )        **ORDER SETTING DEADLINE FOR PARTIES
                                            )        TO FILE EITHER A "CONSENT TO
14           v.                             )        PROCEED BEFORE A UNITED STATES
                                            )        MAGISTRATE JUDGE," OR ELSE A
15   JEFFREY DICKERSON,                     )        "DECLINATION TO PROCEED BEFORE A
                                            )        UNITED STATES MAGISTRATE JUDGE AND
16                       Defendant.         )        REQUEST FOR REASSIGNMENT"**
     _____  )
17

18           On June 28, 2010, defendant Jeffrey Dickerson moved to dismiss pursuant to Rules 12(b)(2)

19   and (3).  This case has been assigned to a Magistrate Judge.  Before the court takes any action on the

20   motion to dismiss, the court must determine whether or not all of the parties who have appeared

21   consent to Magistrate Judge jurisdiction, or whether any of the parties request reassignment to a

22   District Judge.  Therefore,

23           IT IS HEREBY ORDERED that no later than July 16, 2010, each party who has not already

24   done so shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a

25   "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment."

26   Both forms are available from the clerk of the court, or from the Forms (Civil) section of the court's

27

28

1  website at www.cand.uscourts.gov.

2  Dated:    June 28, 2010

3
                                              PATRICIA V. TRUMBULL
4                                             United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28