MANUEL QUIROZ, JR.
521 Main Street, Suite E
Watsonville, California 95076
Telephone : (831) 761-3328
Facsimile : (831) 761-0558

Plaintiff, MANUEL QUIROZ, JR.
In Propria Persona

RECEIVED

JUN 2 6 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| MANUEL QUIROZ, JR., <br><br> Plaintiff, <br><br> -vs.- <br><br> JEFFREY A. DICKERSON and DOES 1 to 20, Inclusive. <br><br> Defendants. | ) Case No. CV10-02421- PVT <br> ) <br> ) <br> ) <br> ) MOTION TO PERMIT PLAINTIFF TO <br> ) FILE DECLARATIONS IN SUPPORT OF <br> ) OPPOSITION TO DEFENDANT'S <br> ) MOTION TO DISMISS OR TRANSFER <br> ) [PER LOCAL RULE 7-11,12]; <br> ) SUPPORTING DECLARATION OF <br> ) MANUEL QUIROZ, JR.; [PROPOSED] <br> ) ORDER; CERTIFICATE OF SERVICE. <br> ) <br> ) <br> ) <br> ) |

I filed an Opposition brief to Defendant's Motion to Transfer or Dismiss. Excluding the cover page, the table of contents and authorities, the brief was approximately 25 pages. I omitted the related and supporting Declarations of Manuel Quiroz, Jr. and Vivian Simon in support thereof because I was not sure that to do so what have exceeded the 25 page limit for opposition briefs to motions. I therefore and hereby request leave to submit said Declarations. The Declarations are crucial to my

1

Opposition brief because Defendant seeks a dismissal. The Declarations are from those with personal knowledge of the crucial facts of this case, both the constituents of defendant's fiduciary obligations. I have attached the Declarations for the court's convenience.

I requested the defendant stipulate to the relief requested herein, to no avail. He has not responded to my request.

Dated: 9/24/10

Plaintiff, MANUEL QUIROZ, JR.

## DECLARATION OF MANUEL QUIROZ, JR. IN SUPPORT OF MOTION TO PERMIT PLAINTIFF TO FILE DECLARATIONS IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR TRANSFER [PER LOCAL RULE 7-11]

I, Manuel Quiroz, Jr., state and declare as follows:

1. I am the Plaintiff acting in Pro Per in the above-referenced matter.

2. I filed an Opposition brief to Defendant's Motion to Transfer or Dismiss. Excluding the cover page, the table of contents and authorities, the brief was approximately 25 pages. I omitted the related and supporting Declarations of Manuel Quiroz, Jr. and Vivian Simon in support thereof because I was not sure that to do so what have exceeded the 25 page limit for opposition briefs to motions. I therefore and hereby request leave to submit said Declarations. The Declarations are crucial to my Opposition brief because Defendant seeks a dismissal. I have attached the Declaration of Vivian Simon hereto.

2

3. I requested the defendant stipulate to the relief requested herein, to no avail. He has not responded to my request.

Dated: July 20, 2010

_____
Manuel Quiroz, Jr.

3

## ORDER

Plaintiff, MANUEL QUIROZ, JR. submitted his **MOTION** to permit Plaintiff to file supporting declarations to supplement his Opposition to Defendant's Motion to Dismiss or Transfer.

Good cause appearing therefor, IT IS HEREBY ORDERED that the Order Plaintiff is permitted to file the Declarations of Manuel Quiroz, Jr. and Vivian Simon.

Dated: 7/27/10    *Patricia V. Trumbull*

MAG.    **JUDGE OF THE NORTHERN DISTRICT COURT**

4