JEFFREY A. DICKERSON
NEVADA Bar No. 2690
9585 Prototype Ct., Suite A
Reno, NV 89521
(775) 786-6664
(775) 786-7466-Facsimile
Pro Se

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

* * *

MANUEL QUIROZ, JR.,

    Plaintiff,

vs.

JEFFREY A. DICKERSON
and DOES 1 to 20, inclusive,

    Defendants.

CASE No. CV10-02421-PVT

STIPULATION AND ORDER ENLARGING THE TIME IN WHICH DEFENDANT HAS TO FILE HIS REPLY IN SUPPORT OF HIS MOTION TO DISMISS OR TO TRANSFER
(FIRST REQUEST)

The parties, undersigned hereby stipulate and agree that Defendant may and should have from August 10, 2010 to and including Friday, August 13, 2010 in which to file his Reply in Support of his Motion to Dismiss or to Transfer. Good cause exists in that Mr. Dickerson was out of town arranging living quarters for his son's attendance at college from August 6,

///
///
///
///
///
///
///
///
///

JAD/sh/quiroz/stip-enlrgtime-reply

1

1  2010 to and including August 11, 2010.

2  **APPROVED AS TO FORM AND CONTENT**

3  DATED August 12, 2010                        DATED 8/13/10

4  LAW OFFICE OF
   JEFFREY A. DICKERSON

5  /S/ Jeffrey A. Dickerson
6  JEFFREY A. DICKERSON                          MANUEL QUIROZ, JR.

7
                              ORDER
8

9  IT IS SO ORDERED this __23__ day of ___August___, 2010

10
11                          _Patricia V. Trumbull_
                   UNITED STATES MAGISTRATE JUDGE