UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

MANUEL QUIROZ, JR.,

    Plaintiff,

v.

JEFFREY A. DICKERSON.,

    Defendant.

3:10-cv-0657-LRH-RAM

ORDER

Before the court is defendant Jeffrey A. Dickerson's ("Dickerson") motion to stay the jury trial currently set for Tuesday, January 15, 2013. Doc. #97.[1] In his motion Dickerson contends a stay is warranted because he submitted a writ of mandamus to the United States Court of Appeals for the Ninth Circuit contesting the court's subject matter jurisdiction over this action. *See* Doc. #96, Exhibit 1.

On December 12, 2012, the Ninth Circuit denied Dickerson's petition. Doc. #100. Therefore, the court finds that Dickerson's present motion to stay is moot and shall deny it accordingly.

///

///

---

[1] Refers to the court's docket number.

IT IS THEREFORE ORDERED that defendant's motion to stay (Doc. #97) is DENIED as moot.

IT IS FURTHER ORDERED that defendant's motion to strike plaintiff's opposition to the motion to stay (Doc. #99) is DENIED.

IT IS SO ORDERED.

DATED this 14th day of December, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE