AO 450 (Rev. 03/08) Judgment in a Civil Case

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MANUEL QUIROZ, JR., | ) |
| Plaintiff, | ) Civil Action No. 3:10-cv-00657-LRH-WGC |
| v. | ) Judgment in a Civil Case |
| JEFFREY A. DICKERSON, | ) |
| Defendant | ) |

This action was *(check one)*:

(X)  tried by a jury with Judge <u>LARRY R. HICKS</u> presiding, and the jury has rendered a verdict.
( )  trial by Judge _____ without a jury and the following decision was reached.

IT IS ORDERED AND ADJUDGED that:

Plaintiff Manuel Quiroz recover from Defendant Jeffrey Dickerson compensatory damages for breach of contract, breach of the implied covenant of good faith and fair dealing, breach of fiduciary duty, and negligence in the amount of two hundred twenty-four thousand nine hundred and fourteen dollars ($224,914.00) with prejudgment interest at the federal rate from May 10, 2010, and post judgment interest at the federal rate from the date of judgment.

IT IS FURTHER ORDERED AND ADJUDGED that these compensatory damages were caused by defalcation committed by Defendant Dickerson.

IT IS FURTHER ORDERED AND ADJUDGED that the Plaintiff Manuel Quiroz recover damages for pain and suffering from Defendant Jeffrey Dickerson in the amount of one hundred thousand dollars ($100,000.00) with post judgment interest at the federal rate.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff Manuel Quiroz and against Defendant Jeffrey Dickerson in the amount of one hundred and twenty-five thousand dollars ($125,000.00) as punitive damages, with post judgment interest at the federal rate.

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff Manuel Quiroz shall recover costs from Defendant Jeffrey Dickerson.

Dated: 1/22/13

✓ FILED      ___ RECEIVED
___ ENTERED  ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 2 2 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

LANCE S. WILSON, CLERK

By:   <u>D. NEGRETE</u>
      Deputy Clerk