UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| MANUEL QUIROZ, JR., <br><br> Plaintiff, <br><br> vs. <br><br> JEFFREY A. DICKERSON; and DOES 1 to 20, inclusive, <br><br> Defendants. | 3:10-cv-00657-LRH-WGC <br><br> <u>ORDER</u> |

Before the court is Defendant's Objection to Order of Magistrate Judge [Docket 169] (#170[1]), which the court will treat as a motion to reconsider Magistrate's Order #169.

The Court has conducted its review in this case, has fully considered Defendant's motion, Plaintiff's response (#171) and other relevant matters of record pursuant to 28 U.S.C. § 636 (b)(1), and concludes that it was clearly within the inherent jurisdiction of the Magistrate Judge to issue the challenged Order and said Order was neither clearly erroneous nor contrary to law.

The Magistrate Judge's Order (#169) will, therefore, be SUSTAINED and Defendant's motion (#170) is DENIED.

IT IS FURTHER ORDERED that Defendant shall produce his responses to Plaintiff's Interrogatories no later than Monday, July 8, 2013. NO FURTHER EXTENSIONS SHALL BE GRANTED.

IT IS SO ORDERED.

DATED this 21st day of June, 2013.

_____ <br>
LARRY R. HICKS <br>
UNITED STATES DISTRICT JUDGE

---

[1] Refers to this court's docket number.