JEFFREY A. DICKERSON
NEVADA Bar No. 2690
9585 Prototype Ct., Suite A
Reno, NV 89521
(775) 786-6664
(775) 786-7466-Facsimile
jeff@gbis.com
Defendant

Pro Se

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

MANUEL QUIROZ, JR.,

Plaintiff,

vs.

JEFFREY A. DICKERSON
and DOES 1 to 20, inclusive,

Defendants.
_____/

CASE NO. 3:10-cv-00657-LRH-WGC

CONFIDENTIALITY ORDER

Defendant has moved the Court in Docket No. 177 for a confidentiality order regarding Plaintiff's use and dissemination of Defendant's financial information and personal identifiers. Plaintiff responded, Docket 180, and Defendant filed a reply, Docket 181. The motion came before the Court for oral argument on July 26, 2013, as reflected in the minutes of the Court, Docket 182. Having entertained argument and dialogue with the parties, and having considered the briefing on the motion, the Court finds good cause exists for part of Defendant's request, and therefore grants the motion.

Plaintiff shall be precluded from sharing any financial information and personal identifiers obtained from or about Defendant, or from any third party about Defendant, with any other parties except (1) levying officers, (2) persons or institutions upon which levy is made, (3) assignees of Plaintiff's judgment, the latter (assignee(s)) whom Plaintiff shall require to agree to be bound by this order as Plaintiff is bound, (4) Plaintiff's supporting personnel, such as attorneys, accountants, assistants, secretaries, employees, detectives, who are working

1

under the direction of Plaintiff and who are furthering the satisfaction of judgment process for Plaintiff, who shall be advised by Plaintiff to keep all information confidential to the fullest extent possible.

Plaintiff shall use the confidential information obtained only for the purpose of collecting and/or satisfying the judgment against Defendant.

Any motions or related papers to be filed with the Court containing or referencing Defendant's financial information or personal identifiers to be submitted to this Court shall be filed under seal with the Clerk of the Court in an envelope marked "Confidential, filed under seal pursuant to Confidentiality Order". Any document(s) produced by Defendant to Plaintiff to be deemed "Confidential" shall be so marked by Defendant.

IT IS SO ORDERED.

Dated this __9th__ day of August, 2013

_____
UNITED STATES MAGISTRATE JUDGE

Approved as to Form and Content.

_____  8/9/2013
MANUEL QUIROZ, JR.

_____
JEFFREY A. DICKERSON